UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **KAREN BARLOW,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:23-CV-93-SNLJ |
| ) | |
| **PIZZA HUT OF AMERICA, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

Plaintiff Karen Barlow filed this action for personal injuries in April 2023 in the Circuit Court for the County of Cape Girardeau, Missouri. Defendants removed the cause of action to federal court on the basis of diversity jurisdiction [Doc. 1]. On December 11, 2023, plaintiff was granted leave to file an amended complaint adding a new party, defendant Hannah Hendrix, who like plaintiff is a Missouri citizen. Plaintiff has filed a motion to remand this matter back to state court because the addition of defendant Hendrix destroys diversity jurisdiction. [Doc. 28.] Defendants have not filed a response in opposition, and the time for doing so has expired. Because the addition of defendant Hendrix has indeed destroyed this Court's subject matter jurisdiction, this Court grants the motion pursuant to 28 U.S.C. § 1447(e).

1

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to remand [Doc. 28] is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is hereby **REMANDED** to the Circuit Court for the 32nd Judicial District in Cape Girardeau County, Missouri.

Dated this __1st__ day of February, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE